# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>    Plaintiff(s),<br><br>v.<br><br>PRINT PLUS VIDEO INC., LLC, et al.,<br><br>    Defendant(s). | Case No.: 2:18-cv-00932-JCM-NJK<br><br>**Order**<br><br>(Docket No. 20) |

Pending before the Court is the parties' joint proposed discovery plan and scheduling order. Docket No. 20. The joint proposed discovery plan does not include the required certifications. *See* Local Rule 26-1(b)(7) and (b)(8).

Accordingly, the Court **DENIES** the parties' joint proposed discovery plan and scheduling order without prejudice. Docket No. 20. A renewed joint proposed discovery plan and scheduling order shall be filed no later than September 4, 2018.

IT IS SO ORDERED.

Dated: August 29, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

1