# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | Case No.: 2:18-cv-00932-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 31) |
| PRINT PLUS VIDEO INC. L.L.C., et al., | |
| Defendant(s). | |

Pending before the Court the parties' notice of settlement and motion to vacate all deadlines. Docket No. 31. The parties submit that they are in the process of preparing and finalizing the settlement agreement and, therefore, ask the Court to vacate all deadlines as set forth in the scheduling order, Docket No. 23, and any deadlines set forth as a result of the filing of any motion. *Id*.

Accordingly, the motion is **GRANTED,** and the Court hereby **VACATES** any pending deadlines. The Court **ORDERS** the parties to file a stipulation of dismissal no later than March 29, 2019. Further, Plaintiff's pending motions are **DENIED** without prejudice to their refiling if settlement does not occur. Docket Nos. 26, 28, 30.

IT IS SO ORDERED.

Dated: February 28, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge

1