# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY )
                                      )    CASE NO.: 2:18-CV-00932-JCM-NJK
        Plaintiff, )
vs. )
                                      )
PRINT PLUS VIDEO INC. L.L.C. d/b/a )
PRINTFLIX; JESUS LERA )
                                      )
       Defendant. )

## ORDER

Upon consideration of the parties' Stipulation and Order to Extend Deadline to File Stipulation and Order to Dismiss, with Prejudice, it is **ORDERED** that that the parties shall receive an additional 30 days to file the Stipulation and Order to Dismiss, with Prejudice; it is **FURTHER ORDERED** that the parties are to file the Stipulation and Order to Dismiss, with Prejudice, no later than April 29, 2019.

**IT IS SO ORDERED.**

**DATED** this 29 day of March, 2019.

_____
Nancy J. Koppe
United State Magistrate Judge

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000