# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY ) | |
| ) | CASE NO.: 2:18-CV-00932-JCM-NJK |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| PRINT PLUS VIDEO INC. L.L.C. d/b/a ) | |
| PRINTFLIX; JESUS LERA ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the parties' Stipulation and Order to Extend Deadline to File Stipulation and Order to Dismiss, with Prejudice, it is **ORDERED** that that the parties shall receive an additional 30 days to file the Stipulation and Order to Dismiss, with Prejudice; it is **FURTHER ORDERED** that the parties are to file the Stipulation and Order to Dismiss, with Prejudice, no later than May 29, 2019.

**IT IS SO ORDERED.**

**DATED** this _29_ day of April, 2019.

_____
Nancy J. Koppe
United States Magistrate Judge

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000